182 So. 924

**Earl FUNDERBURG v. STATE.**

**7 Div. 388.**

Court of Appeals of Alabama.

June 14, 1938.

E. W. Harmon, of Anniston, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.

179 So. 926

**Malcomb GARGIS v. STATE.**

**8 Div. 648.**

Court of Appeals of Alabama.

Feb. 8, 1938.

BRICKEN, Presiding Judge.

Affirmed.

177 So. 920

**Dawson GARNER v. STATE.**

**6 Div. 150.**

Court of Appeals of Alabama.

Dec. 14, 1937.

RICE, Judge.

Affirmed.

184 So. 913

**Charlie GARRETT v. STATE.**

**4 Div. 414.**

Court of Appeals of Alabama.

Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

184 So. 914

**Henry J. GARRETT v. STATE.**

**2 Div. 645.**

Court of Appeals of Alabama.

Nov. 22, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.

181 So. 920

**Thomas GARRISON v. STATE.**

**8 Div. 627.**

Court of Appeals of Alabama.

May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

178 So. 923

**Philip GIAMALVA v. STATE.**

**7 Div. 342.**

Court of Appeals of Alabama.

Jan. 18, 1938.

BRICKEN, Presiding Judge.

Appeal dismissed.